■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AL-TARIQ MUJAHID, Appellant. [37 NYS3d 905]—Appeal by the

defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Sciarrino, J.), imposed August 18, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337, 341 [2015]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *cf. People v Brown*, 122 AD3d 133, 145-146 [2014]). Eng, P.J., Dillon, Sgroi, Miller and Brathwaite Nelson, JJ., concur.